CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ROBERT W. BECK, ESQ. [SBN 648851]
LAW OFFICES OF ROBERT W. BECK
3828 Carson Street, Suite 100
Torrance, California 90503
Tel: (310)316-4332
Fax: (310)316-0324
Robert.beck@beckandbrowning.com
Attorneys for Defendant Vesela Kennepohl, in individual and representative capacity as trustee

MICHAEL C. ROGERS. Esq. [SBN 179551]
ROBIN H. SMITH, Esq. [SBN 286794]
GOODE, HEMME & PETERSON, APC
6256 Greenwich Dr., Suite 500
San Diego. California 92122
Tel: 858.587.3555
Fax: 858.587.3545
mrogers@sandiegoattorney.com
Attorneys for Defendant Alamitos Partners, LLC, a California limited liability company

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., <br><br> Plaintiff, <br><br> v. <br><br> VESELA KENNEPOHL, in individual and representative capacity as trustee; ALAMITOS PARTNERS, LLC, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case:2:17-CV-01839 BRO(SSX) <br><br> ORDER ON **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: August 10, 2017        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: August 10, 2017        LAW OFFICES OF ROBERT W. BECK

By: /s/ Robert W. Beck
    Robert W. Beck
    Attorney for Defendant
    Vesela Kennepohl, in individual and representative capacity as trustee

Dated: August 10, 2017        GOODE, HEMME & PETERSON, APC

By: /s/ Michael C. Rogers
    Michael C. Rogers
    Attorney for Defendant
    Alamitos Partners, LLC, a California limited liability company

IT IS SO ORDERED.

DATED: August 10, 2017

UNITED STATES DISTRICT JUDGE

2